UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CYNTHIA STEPIEN** on behalf of herself and her minor child; **STAMATIA DIMATOS SCHRECK,** on behalf of herself and her three minor children; **RYAN CODY,** on behalf of himself and his minor child J.C.; **ELLY FORD** on behalf of herself and her minor child A.F.; **GABE MCMAHON; M.F.; M.K.N.; K.B.; B.W.; L.R.; J.V.P.; V.P.; D.M.; B.M.; A.M.; and ALL OTHERS SIMILARLY SITUATED,**<br><br>      Plaintiffs,<br><br>      v.<br><br>**PHILIP D. MURPHY,** Governor; **ANGELICA ALLEN-McMILLAN,** Commissioner of Education; **JUDITH M. PERSICHILLI,** Commissioner of Health,<br><br>      Defendants. | Civ. No. 21-cv-13271 (KM) (JSA)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on plaintiffs' application by order to show cause (DE 12) for a preliminary injunction pursuant to Fed. R. Civ. P. 65; and the Court having considered the submissions and supplemental submissions of the parties (DE 12-2, 24, 45); and the Court having held oral argument on the order to show cause on September 9, 2021 (DE 25); and the Court having considered the amicus submission of the New Jersey Chapter of The American Academy of Pediatrics and the American Academy of Pediatrics (DE 41); and the Court having considered the motion to intervene of Reginald Burgess (DE 6); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 7th day of December 2021,

**ORDERED** that leave to file an amicus brief by the New Jersey Chapter of The American Academy of Pediatrics and the American Academy of Pediatrics (DE 41), as well as the accompanying motions to for leave to appear pro hac vice of Jessica Anne Morton (DE 42) and Jeffrey B. Dubner (DE 43) are **GRANTED**; and it is further

**ORDERED** that the motion to intervene of Reginald Burgess (DE 6) is **DENIED**; and it is further

**ORDERED** that plaintiffs' motion for a preliminary injunction (DE 12) is **DENIED.**

.

/s/ Kevin McNulty

_____

**Kevin McNulty
United States District Judge**