UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-3290
_____

CYNTHIA STEPIEN, on behalf of herself and her minor child; STAMATIA DIMATOS SCHRECK on behalf of herself and her three minor children; RYAN CODY, on behalf of himself and his minor child J.C.; KELLY FORD, on behalf of herself and her minor child A.F.; SIMONA CHINDEA, on behalf of herself and her two minor children; GABE MCMAHON; M. F.; M. K. N.; K. B.; B.W.; L. R.; J. V. P.; V. P.; D. M.; B. M.; A. M.; DANIELLE ESCAYG; AND ALL OTHERS SIMILARLY SITUATED,
Appellants

v.

GOVERNOR OF NEW JERSEY; NEW JERSEY COMMISSIONER OF EDUCATION; NEW JERSEY COMMISSIONER OF HEALTH

_____

On Appeal from the United States District Court for the
District of New Jersey
(District Court No. 2:21-cv-13271)
District Court Judge: Honorable Kevin McNulty
_____

Submitted September 16, 2022

Before: KRAUSE, BIBAS, and RENDELL, *Circuit Judges*.

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on September 16, 2022.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the Judgment entered by the District Court on December 8, 2021, is hereby **AFFIRMED**.

Costs shall be taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: April 6, 2023